

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00394-CV

| | | |
|---|---|---|
| Sandra Joyce Hemphill | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2013-005590-1) |
| v. | | |
| | § | January 9, 2014 |
| Larry Moffett | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Lee Gabriel